WAYNE GORDON AKA. DWAYNE HAYES ARE-765
5325 BRODER Blvd.
DUBLIN, CA. 94568

United States Postal Service®
**DELIVERY CONFIRMATION™**

0308 0730 0001 0959 3819

RECEIVED
AUG 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CLERK OFFICE, UNITE STATES
NORTHER DISTRICT OF
450 GOLDEN GATE
SAN FRANCISCO, CA

.KA. DWAYNE HAYES
h Blvd.
94568

DELIVERY CONFIRMATION™

0308 0730 0001 0959 3819

UNITED STATES POSTAL SERVICE

0000

94102

U.S. POSTAGE PAID SACRAMENTO.CA 95834 AUG 15 '08 AMOUNT

$5.45

00025644-03

RECEIVED

AUG 18 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CLERK OFFICE, UNITE STATES DISTRICT COURT FOR
NORTHER DISTRICT OF CALIFORNIA,
450 GOLDEN GATE AVE. 16th FLOOR,
SAN FRANCISCO, CA.

pro se
RECEIVED
AUG 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CLERK OFFICE, UNITE STATES DISTRICT COURT FOR
NORTHER DISTRICT OF CALIFORNIA,
450 GOLDEN GATE AVE. 16th FLOOR,
SAN FRANCISCO, CA. 94102







FILED
AUG 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WAYNE GORDON, AKA-DWAYNE HAYES, ARE-765
Name and Address
5325 BRODER BLVD.
DUBLIN, CA. 94568

E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

WAYNE GORDON, AKA DWAYNE HAYES,

Plaintiff / Petitioner

VS.

GREGORY J. AHERN, SHERIFF DR. MR. ORR, AND DEPUTY, D. HYES PHYSICIAN ASSISTA - MR. VIIA,

Defendant / Respondent

AIAMEDA COUNTY SHERIFF'S JAIL.

CV 08 3964 TEH (PR)

Case No.

Document Name:

42 U.S.C.A.§§1983

DEMAND FOR JURY TRIAL

1. JURISDICTION. THIS COURT HAS JURISDICTION OVER THIS COMPLAINT BECAUSE IT ARISE UNDER 42 U.S.C.A.§§1983 LAW OF THE UNITED STATE.

2. VENUE. VENUE IS APPROPRIATE IN THIS COURT BECAUSE ALL OF THE DEFENDANT RESIDE IN THIS DISTRICT, AND A SUBSTANTIAL AMOUNT OF THE ACTS AND OMISSIONS GIVING RISE TO THIS LAWSUIT OCCURRED IN THIS DISTRICT.

3. INTRADISTRICT ASSIGNMENT. THIS LAWSUIT SHOULD BE ASSIGNED TO THE SAN FRANCISCO DIVISION OF THIS COURT BECAUSE A SUBSTANTIAL PART OF THE EVENTS OR OMISSION WHICH GIVE RISE TO THIS LAWSUIT OCCURRED IN ALAMEDA COUNTY.

4. PLAINTIFF / PETITIONER WAYNE GORDON, AKA _DWAYNE HAYES IS A INMATE THEREAT ALAMEDA COUNTY SHERIFF'S JAIL, "SANTA RITA JAIL." ON THE OTHER HAND, DEFENDANT GREGORY J. AHERN, SHERIFF, DR, MR. ORR, MEDICAL ADMINISTER,

C08-3964 TEH

DEPUTY SHERIFF, D. KYES AND PHYSICIAN ASSIST MR. VILA, ALL EMPLOYED BY ALAMEDA COUNTY SHERIFF'S OFFICE.

5. PRO'SE COMPLAINT AGAINT VARIOUS JAIL OFFICIALS UNDER CIVIL RIGHT STATUTE FOR FAILURE TO PROVIDE ADEQUATE MEDICAL CARE, WHILE DELIBERATE INDIFFERENCE TO INMATE HEALTH AND SERIOUS INJURIES CONSTITUTES CRUEL AND UNUSUAL PUNISHMENT IN VIOLATION OF EIGHTH AMENDMENT.

6. CLAIM/COUNT 1.

DEFENDANT. GREGORY J. AHERN, IS THE OFFICIAL SUPERVISORY OF ALAMEDA COUNTY "SANTA RITA JAIL," WHO HAVE A STATUTORY DUTY TO SUPERVISE EMPLOYEES DEPUTY SHERIFF'S AND MEDICAL DEPARTMENT, ALSO, CONDITIONS OF CONFINEMENT TO PREVENT HARM TO INMATES. SHERIFF AHERN, IS LIABLE UNDER CONSTITUTIONAL VIOLATION WHEN A INMATE CAN SHOW THAT HE WAS HARM, OBVIOUS INADEQUACY RESULTIN VIOLATIONS OF CONSTITUTIONAL RIGHT THAT THE POLICY-MAKER SHERIFF AHERN, CAN REASONABLY BE SAID TO HAVE BEEN DELIBERATELY INDIFFERENT FOR THE NEED TO TRAIN EMPLOYEES THIS FAILURE REFLECTS ACTION, VIOLATION U.S.C.A. CONST. EIGHTH.

DEFENDANT. D. KYES, DEPUTY, IS LIABLE UNDER CONSTITUTIONAL VIOLATION WHENEVER OFFICIALS PERFORMING DISCRETIONARY FUNCTIONS WHICH WOULD INJURY OR IMPAIR THE HEALTH OF INMATE. VIOLATION U.S.C.A. CONST. EIGHTH.

7. CLAIM/COUNT 2# DEFENDANT, MEDICAL ADMINISTER. DR. MR. ORR, DELIBERATE INDIFFERENCE TO A SUBSTANTIAL RISK OF SERIOUS HARM. DR. ORR, WAS AWARE OF THE FACTS FROM WHICH THE INFERENCE BE DRAWN THAT A SUBSTANTIAL RISK OF SERIOUS HARM EXIST, IN LIKE MANNER, MEDICAL X-RAY SERVICES "PACIFIC IMAGING CONSULTANT" PROVIDE CLEAR VIEW MEDICAL FINDING OF INMATE DWAYNE HAYES RIGHT KNEE, ADDRESS IN DETAILS TO DR. ORR, FROM RADIOLOGIST. [SEE EXHIBIT. L.] AND IN ADDITION INMATE DWAYNE HAYES WAS AUTHORIZE TO HAVE A WHEEL-CHAIR BY A [illegible] DR. MR. PA[illegible]ONG [SEE EXHIBIT. M.] SIMILARLY, AUTHORIZE FOR WHEEL-CHAIR BY A [illegible] DR. MIS MCCOY [SEE EXHIBIT. E.] DR. ORR OFFICIALLY KNOWS OF INMATE HAYES MEDICAL CONDITION AND DISREGARDS AN EXCESSIVE RISK TO INMATE HEALTH AND SAFETY. AND IN ADDITION DR. ORR, MEDICAL ADMINISTER, DELIBERATE CONSCIOUSLY FAILURE TO SUPERVISE PHYSICIAN ASSISTA, MR. VILA CONDUCT UPON "WANTON" EXPOSED TO INMATE HAYES. THE SUPERVISORS CAN BE FOUND IN VIOLATIONS OF U.S.C.A. CONST. AMEN 8.

8. CLAIM/COUNT 3.

PHYSICIAN ASSISTA MR. VILA "DELIBERATE INDIFFERENCE" TO A INMATE SERIOUS INJURIES, AND THAT PHYSICIAN ASSISTA HAD A "SUFFICIENTLY CULPABLE STATE OF MIND" IN DENYING THE PROPER MEDICAL CARE IS SUBJECTIVE AN ACTIONABLE 8. AMEND VIOLATION.

9. PRAYER RELIEF

WAYNE GORDON WISHES MONEY DAMAGE COMPENSATE FROM ALAMEDA COUNTY OFFICALS WHO HAVE VIOLATE HIS RIGHT. THE COMPENSATE IS HONORABLE BECAUSE THE INJURIES I SUSTAIN. $95.000.00. PRAYING 85% OF THE COMPENSATE MONEY BE DONATE. 30% IN MEMORY OF JOHN HAYES TO WAR VETERAN OF UNITE STATE. 55% IN MEMORY OF WAYNE GORDON JR. TO THREE (3) FAMILY GIRLS FOR SCHOOL SHIP. REMAINDER MONEY TO PLAINTIFF.

PRAYING HOPEFULLY

I SUBMITT TO YOU

Wayne Gordon AKA [illegible]

SIGN.

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name GORDON LWAYNE AKA DWAYNE HAYES
(Last) (First) (Initial)

Prisoner Number ARE-765

Institutional Address 5325 BRODER Blvd, Dublin, CA. 94568

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

LWAYNE GORDON AKA DWAYNE HAYES
(Enter the full name of plaintiff in this action.)

vs.

GREGORY J. AHERN # SHERIFF
D. KYES # DEPUTY
DR. MR. ORR #
MR. VILA #
(Enter the full name of the defendant(s) in this action)

Case No. ______________
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983**

***[All questions on this complaint form must be answered in order for your action to proceed..]***

I. Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement ALAMEDA COUNTY "SANTA RITA JAIL"

B. Is there a grievance procedure in this institution?

YES (✓) NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?

YES (✓) NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal July.5.2008 REMOVAL MEDICAL TRANSITION TRACKING NUMBER # 08G-S1083 INFORMAL GRIEVANCE DISCUSS WITH UNIT #1 DEPUTY NOT RESOLVED. EXHIBIT A

2. First formal level July.23.2008 TRACKING NUMBER # 08G-S1083, INVESTIGATING SUPERVISOR SGT. M. MALLOY, DENIED. EXHIBIT B

3. Second formal level July 28. APPEAL OFFICER; AGREE WITH THE DENIED EXHIBIT B

4. Third formal level July 29, 2008 COMMANDING OFFICE AGREE WITH ALL GRIEVANCE UNIT FOUNDING. #SEE EXHIBIT A. & B.#

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ✔ NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. N/A

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

PLAINTIFF "WAYNE GORDON" AKA DWAYNE E HAYES ARE-765
5325 BRODER BLVD.
DUBLIN, CA. 94568

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

GREGORY J. AHERN, SHERIFF OF ALAMEDA COUNTY JAIL.

D. KYES, DEPUTY SHERIFF.
DR. MR. ORR, MEDICAL ADMINISTER, ALAMEDA COUNTY "SANTA RITA JAIL"
MR. VILA, PHYSICIAN ASSISTANT "SANTA RITA JAIL"

III. STATEMENT OF CLAIM.

STAT HERE AS BRIEFLY AS POSSIBLE THE FACT OF YOUR OF YOUR CASE.

CLAIM/COUNT 1.

July 5.08. DEPUTY D. KYES REMOVE INMATE HAYES MEDICAL WHEEL-CHAIR, IN LIKE MANNER WITHOUT MEDICAL OFFICIAL PERSENT. DEPUTY D. KYES MENTAL STATE HAD NO REASONABLE UNDERSTANDING WHEN INMATE HAYES TRY TO EXPLAIN HIS MEDICAL CONDITION, WHEREAS, TO IMPAIRING HIS HEALTH. MOREOVER; DEPUTY D. KYES INFORM INMATE HAYES MEDICAL OFFICIAL GIVE ORDERS FOR HIM TO REMOVE THE INMATE WHEEL-CHAIR ▥ SEE EXHIBIT. B. ▥ DEPUTY D. KYES COURSE OF ACTION RESULTED TO INMATE HAYES' SUSTAIN INJURIES FROM FALLING WITHOUT MEDICAL WHEEL-CHAIR ▥ SEE EXHIBIT. C. ▥

"SEE ATTACH SHEET"
3, A

IV. RELIEF.

YOUR COMPLAINT CANNOT GO FORWARD UNLESS YOU REQUEST SPECIFIC RELIEF.

WAYNE GORDON WISHES MONEY DAMAGE COMPENSATE FROM ALAMEDA COUNTY OFFICIALS WHO HAVE VIOLATE HIS RIGHT, THE COMPENSATE IS HONORABLE BECAUSE

July 7.08 DR.MIS MACAY CONDUCTED physical EXAM TO INMATE HAYES INJURIES SUSTAIN FROM BEING WITHOUT HIS WHEEL-CHAIR. DR.MISS MACAY PRESCRIBED ANTI-FLAMMATORY MEDICATION TO DECREASE SWELLING, JOINT PAIN, PRESCRIBED VICODIN FOR RIGHT SHOULDER. DEPUTY GONZALES PROVIDED FIRST AID ASSISTANT BANDAGE TO STOP THE BLEEDING TO INMATE LEFT HAND. ☐ SEE EXHIBIT.C. EXHIBIT.D.☐ DR.MISS MACAY INQUIRE INTO INMATE HAYES MEDICAL FILE BECAME AWARE OF NO MEDICAL AUTHORIZATION GIVING ORDERS TO DEPUTY D.KYES TO REMOVE INMATE HAYES WHEEL-CHAIR. DR.MIS MACAY AUTHORIZE RETURE BACK WHEEL-CHAIR, AND IN ADDITION AUTHORIZE A ONE ① YEAR MEDICAL CHRONO FOR INMATE HAYES ☐ SEE EXHIBIT.E. ☐

CLAIM / COUNT 2.

July.10.08 MEDICAL ADMINISTER, DR.MR.ORR REMOVE INMATE HAYES WHEEL-CHAIR, IN CONTRAST TO DR.MIS MACAY July,7.08. DR.MR ORR, JUSTIFY TO REMOVE THE WHEEL-CHAIR BECAUSE DEPUTY INFORM HIM INMATE HAYES WAS WITNESS DOING EXERCISE IN HIS CELL. ☐ SEE EXHIBIT.F. DR.MR ORR, MEDICAL REPORT ☐

July.11.08 WEARING ONLY ALLOW shower slipper AND RIGHT LEG KNEE BRACE, AWKWARDLY PLANTED LEFT LEG FOOT ON THE GROUND SURFACE INJURY

( SEE ATTACH SHEET 3B

COMPLAINT

ATTACH-3.A.

LEFT ANKLE.

CLAIM / COUNT 3.

JULY.14.08. PHYSICIAN ASSISTANT MR. VILA DECLINE TO EXAM INMATE HAYES LEFT FOOT ANKLE.

JULY.14.08 I NOTIFY UNIT 1# NIGHT STAFF DEPUTY I WAS HURTING WHEN I STAND AND IN ADDITION I NOTIFY THE DEPUTY MEDICAL PHYSICIAN ASSISTANT MR. VILA DECLINE TO EVALUATE MY LEFT ANKLE, ON THE OTHER HAND I REQUESTED THE DEPUTY TO NOTE HOW SWALLING UP MY LEFT ANKLE HAD GOTTEN ON THE PAST 3 DAYS ### SEE EXHIBIT .G. ###

JULY 17.08 I HANDLED A MESSAGE REQUEST TO NURSE, MIS. PADU RESPECTFULLY REQUESTING MY MEDICATION TO CONTINUE ISSUE BY DR. MIS MCCOY. ### SEE EXHIBIT. I. INMATE COPY OF REQUEST. ###

JULY.18.08 NURSE MIS PADU INFORM ME PHYSICIAN ASSISTANT MR. VILA DECLINE MY MEDICATION REQUEST FOR CONTINUE.

JULY.25.08 PHYSICIAN ASSISTANT, MR. VILA AUTHORIZE MEDICATION WITHOUT PHYSICALLY EVALUATE ME IN HIS PERSENTS. ### SEE EXHIBIT. H. ###

JULY. 29.08 PHYSICIAN ASSISTANT MR VILA

(SEE ATTACH SHEET 3,C.

COMPLAINT.

ATTACH-3,B.

DECLINE TO AUTHORIZE INMATE HAYES A SHOE CHRONO. PHYSICIAN ASSISTANT, MR. VILA WAS AWARE INMATE HAYES HAD RIGHT LEG KNEE BRACE ON AT ALL TIMES, AND IN ADDITION TO A LEFT ANKLE INJURY.

July, 30.08 INMATE HAYES FEELING THE EFFECT OF HEAD ACHE PAIN EVERYTIME I TAKE THIS NEW MEDICATION, PHYSICIAN ASSISTANT, MR. VILA AUTHORIZE. I BECAME AWARE OF THE SIDE EFFECT OF THIS MEDICATION CALL BACKLAFIN, WHEREAS, I WROTE A INMATE REQUEST FOR MEDICAL UNIT 1# NURSE TO STOP GIVING IT TO ME. SEE EXHIBIT. J.

7/30/08 PHYSICIAN ASSISTANT, MR. VILA. DISCONTINUE MEDICATION BACKLAFIN SEE EXHIBIT. H, 1#

AUG 8, 08 I ADVISE PHYSICIAN ASSISTANT MR. VILA, I'D PULL MY LEFT LEG MUSCULAR "HAMSTRING" PLEASE HELP ME RECEIVE MEDICAL SHOE'S. PHYSICIAN ASSISTANT, DECLINE THE REQUEST, AND IN ADDITION AUTHORIZE THE SAME MEDICATION BACKLAFIN FOR PAIN. SEE EXHIBIT. K. THE GRIEVANCE OF PROOF PHYSICIAN ASSISTANT AUTHORIZE MEDICATION HE KNEW I HAD SIDE EFFECT TOO.#

SUPPORTING FACTS:

INMATE DWAYNE HAYES TRY ASKING FOR COMMON GROUND FROM SANTA RITA SHERIFF OFFICE. HOWEVER, DID NOT RECEIVE NO HELP. [ SEE EXHIBIT. N. ]

INMATE DWAYNE HAYES TRY ASKING (SEE ATTACH SHEET 3.D.)

COMPLAINT

ATTACH-3.C.

MEdical AuthoRity FOR HElp, BECAUSE I was without shoe's and Physician's Assistant MR. Vila Had No concern for my Health. I did Not Receive No Respond for Help. [SEE EXHIBIT. O.]

I declare under penalty of perjury my reasoning for help at Santa Rita Jail was Not serious to the officia staff.

[signature]

THE INJURIES I SUSTAIN. 95.000.00. PRAYING 85% OF THE COMPENSATE MONEY BE DONATE. 30% IN MEMORY OF JOHN HAYES TO WAR VETERAN, 55% IN IN MEMORY OF WAYNE GORDON JR. THREE FAMILY GIRLS FOR SCHOOL, REMAINDER MONEY TO PLAINTIFF.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 11 day of AUG, 2008

Wayne Gordon AKA Dwayne Hayes

(Plaintiff's signature)

04-41-05

# CLEARVIEW

MEDICAL X-RAY SERVICES

**X-RAY RESULTS**

X-RAY RESULTS ARE BASED UPON THE RADIOGRAPHIC EXAMINATION.
CORRELATION WITH CLINICAL EXAMINATIONS IS ESSENTIAL

**PHS**
**Santa Rita Jail**
**5324 Border Blvd**
**Dublin, Ca 94568**

**Attn. Dr. Orr / M. Campos / H. Campos / K. Malone / S. Shefayee / Mastroianni / Adams/ G. Wilson/ Chen. / Pajong**

Ordering Physician: Pajong

**Patient Name: HAYES, DWAYNE**

**Identification:** ARE765

**Date of Birth:** 8-16-68

**Facility:** Santa Rita Jail

**Housing Unit:** 1 F8

**Exam Date: 08-10-07**

**Medical History:** 39 y.o. male h/o gsw R knee w/ bullet still lodged.

**X-Ray Type:** Portable: Right Knee 2V

**Findings and Impressions: Right Knee Exam:** Positive for shrapnel / metallic fragments in medial knee, osteochondral defect of medial femoral condyle degenerative changes, no effusion seen.

**Radiologist: M. Martinucci M.D./tg(08-10-07)**
Pacific Imaging Consultants
418 30th Street
Oakland, Ca 9460

Harold Orr, MD

* CORRELATION WITH CLINICAL EXAMINATIONS IS ESSENTIAL.

EXHIBIT.L.

**ALAMEDA COUNTY SHERIFF'S OFFICE**
**SANTA RITA JAIL**
**INMATE GRIEVANCE FORM**

NAME: [illegible] PFN: [illegible]

HOUSING UNIT: 1-F-[illegible] DATE: [illegible]

NATURE OF GRIEVANCE: ( Give specific details )

[illegible handwritten text]

*** DO NOT WRITE ON THE BACK OF THIS FORM. USE ANOTHER FORM, WRITE PAGE 2

INMATE SIGNATURE: [illegible]

***** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY *****

RECEIVED BY DEPUTY: K. BARTHOLOMEW BADGE #: 1964 DATE: 08/09/08

[ ] RESOLVED – INMATE ACCEPTANCE: ____________
EXPLAIN RESOLUTION ON REVERSE SIDE.

[X] CAN NOT BE RESOLVED AT THIS LEVEL
DRAW TRACKING NUMBER FROM CP-01

FORWARDED TO SGT. QUIN

TRACKING NUMBER: 08G-S1292

COPIES: White - Staff use
Yellow - Inmate Receipt Copy

EXHIBIT. K.

ML – 51 (rev 8/06)

EXHIBIT. J.

ML-76 REV 9/06

# ALAMEDA COUNTY SHERIFF'S OFFICE

DETENTIONS AND CORRECTIONS DIVISION

SRJ UNIT # 1

GDJ FLOOR# 

POD/CELL # F#6

RETURN TO INMATE 

## MESSAGE REQUEST

DATE: July 30, 2008 Time 9:15

MEDICAL UNIT #1 NURSE

( ) BOOKING ( ) COMMISSARY ( ) INMATE SERVICES ( ) CLASSIFICATION ( ) OTHER

PRINT ONLY!!! PRINT ONLY!!! PRINT ONLY!!!

PERSON TO CONTACT: HOUSING DEPUTY TO HOUSING NURSE #

THE MEDICATION BACKLASIN IS HAVING SUCH SIDE EFFECT

HEADACHE PAIN, ECT.

INMATE NAME: Curtis ... Hayes PFN: ART-165 DATE OF BIRTH: 8/16/1?

DEPUTY RECEIVING REQUEST: JONES #1778 DATE RECEIVED: 

SEE BACK FOR RESPONSE

INMATE, Copy

EXHIBIT. J.

04-41-05

PRISON HEALTH SERVICES INCORPORATED

# PHYSICIANS' ORDERS

NAME:
PFN: LOCATION:
D.O.B. / /
ALLERGIES:

Use Last Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:
PFN: LOCATION:
D.O.B. / /
ALLERGIES:

Use Fourth Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hayes, Dwayne
PFN: ARE 765 LOCATION: 4w I
D.O.B. 8 /16 /68
ALLERGIES: NKDA
1F06
"EXHIBIT H.1#"

Use Third Date 7 / 30 / 08

DIAGNOSIS (If Chg'd)
D/C Baclofen 20mg QHS x 30d
7/30/08
Vila Phoulavan PA-C

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hayes, Dwayne
PFN: ARE 765 LOCATION: 4w I
D.O.B. 8 /16 /68
ALLERGIES: NKDA
"EXHIBIT.H."

Use Second Date 7 / 25 / 08

DIAGNOSIS (If Chg'd) Chronic pain management
Baclofen 20mg QHS x 30d
~~Piroxicam 20mg QHS x 30d~~
Feldene 10mg PO BID x 14d
Vila Phoulavan PA-C

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

04-41-05
5123100
HAYES, Dwayne
8/16/68 B M ARE 765

ALLERGIES: NKDA

First 1600 Date 7/23/08

DIAGNOSIS (If Chg'd) 7/23/08 1755
Amitriptyline 30mg P.O. qHS x 90 days
continue Bupropion 50mg P.O. qAM + 100mg P.O. qHS x 90 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

1F06

MEDICAL RECORDS COPY

EXHIBIT.H. AND EXHIBIT.H.1#

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| | P - Per ortho eval. Pt. does not need continuous wheel chair. Uses/Need for long walks only. Info obtained the inmate has been witnessed doing burpies in cell. |
| | → wheel chair for long-distance only |
| | [signature] |

EXHIBIT. F.

EXHIBIT. E.

# DETAIL OFFICE SPECIAL REQUESTS

NAME: ______________________ DATE: ____________

PFN: ______________ LOCATION: ______________

DOB: ______________

1. Move Patient's Location: ______________________
2. Lower Tier __________ Bottom Bunk __________
3. Linen change: Clothing __________ Bedding __________
4. Crutches __________ Cane __________
5. Other requests: ______________________

Beginning Date: __________ Ending Date: __________

V SEVILLA, LVN

Signature

SRJ-105 (10/03) PD 351 (Rev. 10/03) Santa Rita Jail / Glenn Dyer

EXHIBIT. E.



PRISON HEALTH SERVICES INCORPORATED

# PHYSICIANS' ORDERS

NAME:
PFN: LOCATION:
D.O.B. / /
ALLERGIES:
Use Last Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:
PFN: LOCATION:
D.O.B. / /
ALLERGIES:
Use Fourth Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Dwayne Hayes
PFN: ARE765 LOCATION:
D.O.B. 8/16/68
ALLERGIES: NK
Use Third Date 7/10/08

DIAGNOSIS (If Chg'd)
wheel chair for court & Clinic only
D/C previous wheelchair [illegible]

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hayes, Dwayne
PFN: ARE765 LOCATION: 1F6
D.O.B. 8/16/68 ARE 765
ALLERGIES: NKDA
EXHIBIT. D.
Use Second Date 7/7/08

DIAGNOSIS (If Chg'd)
1) Robaxine 750 mg po BID x 10 days
2) Vicodin ii po BID x 10 days
3) Feldene 20 mg po QDay x 10 days
[illegible]

☐ GENERIC SUBSTITUTION IS NOT PERMITTED [signature]

04-41-05
75123100
HAYES, Dwayne
8/16/68 B M ARE 765
ALLERGIES: NKDA
Use First Date 5/8/08

DIAGNOSIS (If Chg'd)
Continue Abilify 30mg P.O. q HS x 90 days
Continue Benadryl 50mg P.O. q AM + 100mg P.O. q HS x 90 days
[signature]

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

1F6

EXHIBIT. D.

60110 (3/08)

MEDICAL RECORDS COPY

# Prison Health Services Medical Request Form

## [Forma de la Petición de los Servicios Médicos]

- ***Inmate – do not write in shaded area.*** *[El interno – no escribe en área sombreada.]*
- ***Place this form in the sick call box or give it to medical staff.*** *[Poner esta forma en la caja enferma de la llamada o darla al personal médico.]*
- ***If you do not complete all information, your appointment may be delayed.*** *[Si usted no termina toda la información, su cita puede ser retrasada.]*
- ***A copy will be given to you after the visit.*** *[Una copia le será dada después de la visita.]*
- ***You may be charged $3.00 for each health care visit.*** *[Usted puede ser cargado $3.00 para cada visita del cuidado médico.]*

| DATE [FECHA] | NAME [NOMBRE]: LAST [PASADO] FIRST [PRIMERO] MIDDLE [MEDIO] | DOB [NACIMIENTO] | PFN [ID] |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] |

**HOUSING LOCATION** [LOCALIZACIÓN DE LA CUBIERTA]

**SRJ:** UNIT [UNIDAD] ______ POD/CELL [CÉLULA] ______ **GDDF:** FLOOR [PISO] ______ POD/CELL [CÉLULA] ______

**CO-PAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF**

1. ______ Patient not seen: ______NIC ______DUPLICATE ______NO SHOW ______REFUSED ______OTA
2. ______ Visit was for diagnosis or treatment of communicable disease condition.
3. ______ Visit was for a follow-up requested by the clinician.
4. ✓ Visit was NOT exempt from co-payment. Send ORIGINAL WHITE page to Accounting.

| CLINICIAN'S SIGNATURE | CLINICIAN'S NAME (Print/Stamp) | DATE |
|---|---|---|
| | | 7/7/08 |
| Inmate's Signature [Firma Del Interno] | Patient Refused to Sign ☐ | Witness if Patient Refused to Sign |

Date of Triage: ______ Signature and Print/Stamp ______

Disposition: ☐ Sick Call ☐ Specialty Clinic ☐ Other

**RELEASE OF RESPONSIBILITY** [LANZAMIENTO DE LA RESPONSABILIDAD]

**I am refusing sick call due to** [Estoy rechazando la llamada enferma debido a]: ______

**Date** [FECHA] ______ **Inmate's Signature** [Firma Del Interno] ______ **Refused to Sign** [Rechazado para Firmar] ☐

| CLINICIAN'S SIGNATURE | CLINICIAN'S NAME (Print/Stamp) | Witness if Patient Refused to Sign |
|---|---|---|
| | | |

**Tell us below why you want to see health care staff. In the area below, write down anything you want health care staff to know.** [Decirnos abajo porqué usted desea ver a personal del cuidado médico. En el área abajo, anotar cualquier cosa que usted quisiera que el personal del cuidado médico supiera.]

JULY 5, 08. TO GET AROUND INMATE HAD TO SPRING OFF HIS GOOD LEFT LEG HOWEVER: I HAD TO USE MY RIGHT DAMAGES LEG FOR SUPPORT WHEN I PUT WEIGHT ON IT MY KNEE CAP WITH GUNSHOT WOUND REINJURE IT.

JULY 7, 08 I CAME OUT FOR POD I FELL IN SHOWER SLIDE BROKEN MY FALL ON THE GROUND WITH RIGHT HAND HOWEVER LEFT HAND HAD A RAZOR IN CUT THE INSIDE OF MY LEFT HAND.

I'M IN MUCH SO MUCH PAIN.

REINJURE SHOULDER FROM THE FALL ON JULY 7, 2008

**Signature of Patient** [Firma de la Paciente] [signature] **Date** [Fecha] 7/7/2008

WHITE: Accounting PINK: Health Services File CANARY: Inmate/Patient Revised 1/24/08

EXHIBIT C.

COPY

## *INMATE GRIEVANCE RESPONSE*

GRIEVANCE TRACKING NUMBER: **08G–S1083**

INMATE: **Hayes, Dwayne** PFN: **ARE765** HOUSING UNIT LOCATION: **1 F 06**

GRIEVANCE IS AFFIRMED: ______ DENIED: **X** WITHDRAWN: ______ RESOLVED: ______ REFERRED: ______

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

**These findings are based on a review of your grievance dated July 5, 2008.**

**In your grievance, you made the following claim(s):**

1) The housing unit deputy took your wheelchair. You need your wheelchair because of your medical condition.

**Response:** The Grievance Unit presented your grievance to PHS (Prison Health Services). The following contains input from both PHS and the Grievance Unit.

1) The Grievance Unit found that the housing unit deputy took your wheelchair at the direction of Prison Health Services. PHS stated that the wheelchair is to be used for long ambulatory movement only. This portion of your grievance is **DENIED.**

COPY

Investigating Supervisor: **M. Molloy, Sergeant** Date: **7/23/08**

Inmate's Signature: [signature] Date: 7/24/08

Do you wish to appeal this ruling? Yes ✓ No ______ Refused to Answer ______ Date: ______

Appeal Officer: [signature] Recommendation: Concur Date: 7/28/08

Reason for affirmation or denial: (If different from above)

Commanding Officer: Lt. J. Farr [signature] Recommendation: AGREE Date: 07/28/08

ML52
(Rev.01/01/05) kab

EXHIBIT B.

ENTERED AUG - 1 2008

# ALAMEDA COUNTY SHERIFF'S OFFICE
# SANTA RITA JAIL
# INMATE GRIEVANCE FORM

NAME: [illegible] PFN: [illegible]

HOUSING UNIT: 11F/6 DATE: [illegible]

NATURE OF GRIEVANCE: ( Give specific details ) RACIAL [illegible]

[illegible] look [illegible]

[illegible]

HARASSMENT [illegible]

[illegible]

*** DO NOT WRITE ON THE BACK OF THIS FORM. USE ANOTHER FORM, WRITE PAGE 2

INMATE SIGNATURE: [illegible]

*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***

RECEIVED BY DEPUTY: [illegible] BADGE #: [illegible] DATE: [illegible]

[ ] RESOLVED – INMATE ACCEPTANCE: ____________
EXPLAIN RESOLUTION ON REVERSE SIDE.

[✓] CAN NOT BE RESOLVED AT THIS LEVEL
DRAW TRACKING NUMBER FROM CP- 01

FORWARDED TO SGT. ____________

TRACKING NUMBER: [illegible]

COPIES: White - Staff use
Yellow - Inmate Receipt Copy

EXHIBIT A.

ML – 51 (rev 8/06)

# DETAIL OFFICE SPECIAL REQUESTS

NAME: Hayes, Dwayne DATE: 8/9/07

PFN: ARE 705 LOCATION: 1

DOB: 8/11/67

1. Move Patient's Location: ____

2. Lower Tier ____ Bottom Bunk ____

3. Linen change: Clothing ____ Bedding ____

4. Crutches ____ Cane ____ W.C & (R) Knee Brace

5. Other requests: ____ (Knee Effu)

Beginning Date: ____ Ending Date: ____

Signature: [signature] DO

EXHIBIT M.

SRJ-105 (10/03) PD 351 (Rev. 10/03) Santa Rita Jail / Glenn Dyer

ML-76 REV 9/06

# ALAMEDA COUNTY SHERIFF'S OFFICE

DETENTIONS AND CORRECTIONS DIVISION

SRJ UNIT # 1

GDJ FLOOR#

## MESSAGE REQUEST

DATE: 8/5/2008

Time: 4:30 AM To. Medical Authority Department

POD/CELL # F-46

RETURN TO INMATE

( ) BOOKING ( ) COMMISSARY ( ) INMATE SERVICES ( ) CLASSIFICATION ( ) OTHER

PRINT ONLY!!! PRINT ONLY!!! PRINT ONLY!!!

PERSON TO CONTACT: Medical Authority Department

I have try all respectful way to emphasize I'm at unfavorable physical condition therefore mobility to get around wearing right knee cap brace, left ankle sprain I ask physician assistant Mr. Vila for a shoe clearing for I can be supported to the ground in shoe "he" deny "me" that instantly, I am informing the high medical authority to help my hardship

INMATE NAME: Gordon aka Hayes PFN: AKF-765 DATE OF BIRTH: 8/16/2008

DEPUTY RECEIVING REQUEST: M. NEILL #1863 DATE RECEIVED :

SEE BACK FOR RESPONSE

EXHIBIT. O.

ML-76 REV 9/06

# ALAMEDA COUNTY SHERIFF'S OFFICE

DETENTIONS AND CORRECTIONS DIVISION

SRJ UNIT # 1

GDJ FLOOR# ______

POD/CELL # F-#6

## MESSAGE REQUEST

DATE: July, 14, 2008 Time: 9:45 pm To: Building Deputy, Unit #1

RETURN TO INMATE ______

( ) BOOKING ( ) COMMISSARY ( ) INMATE SERVICES ( ) CLASSIFICATION (X) OTHER

PRINT ONLY!!! PRINT ONLY!!! PRINT ONLY!!!

PERSON TO CONTACT: Building Unit #1 Deputy/#

I AM TO NOTIFY THE BUILDING DEPUTY OF TO TAKE NOTICE OF A MEDICAL PROBLEM #. MY LEFT ANKLE HAS SWELL UP REAL BIG #, TONIGHT... I WILL LIKE FOR YOU TO BE AWARE AS should inmate NOTIFY A DEPUTY, PLEASE TAKE A FACILITY VISION OF MY ANKLE.

INMATE NAME: Walter Woodson (AKA) Hayes PFN: ARE-765 DATE OF BIRTH: 8/16/70

DEPUTY RECEIVING REQUEST: ______________ DATE RECEIVED : ______

07/14/08 Time: 9:45 pm

SEE BACK FOR RESPONSE

M. NEILL #1863

EXHIBIT. G.

ML-76 REV 9/06

# ALAMEDA COUNTY SHERIFF'S OFFICE

DETENTIONS AND CORRECTIONS DIVISION

SRJ UNIT # 1

GDJ FLOOR#

## MESSAGE REQUEST

DATE: July 15, 08

POD/CELL # F-#6

RETURN TO INMATE

( ) BOOKING ( ) COMMISSARY ( ) INMATE SERVICES ( ) CLASSIFICATION (X) OTHER

PRINT ONLY!!! PRINT ONLY!!! PRINT ONLY!!! 2 of 3 con't

PERSON TO CONTACT: Sgt M. Mallon

I AM EXPRESSING TODAY I WILL NOT WRITE NO MORE GRIEVANCE UPON MEDICAL STAFF. MOREOVER: I CAME UPON YOUR NAME SGT M. MALLON WHEN I WAS SIGNING TIME EXTENSION TO INVESTIGATING TO MY GRIEVANCE SO I WRITE YOU WITH RESPECT TO FIND COMMON GROUND OF COMMUNICATION BETWEEN ME & MEDICAL STAFF.

INMATE NAME: Wayne Garcon AKA Duty Hunk PFN: ARE-765 DATE OF BIRTH: 8/16/70

DEPUTY RECEIVING REQUEST: M Neill #1863 DATE RECEIVED :

SEE BACK FOR RESPONSE

EXHIBIT. N.

ML-76 REV 9/06

# ALAMEDA COUNTY SHERIFF'S OFFICE

DETENTIONS AND CORRECTIONS DIVISION

SRJ UNIT # 1

GDJ FLOOR#

## MESSAGE REQUEST

DATE: July, 17, 2008

To. Medical Department #

POD/CELL # F-#2

RETURN TO INMATE

( ) BOOKING ( ) COMMISSARY (X) INMATE SERVICES ( ) CLASSIFICATION (X) OTHER

PRINT ONLY!!! PRINT ONLY!!! PRINT ONLY!!!

PERSON TO CONTACT: Medical Department

HONORABLE RESPECT TO THE MEDICAL DEPARTMENT OUR FACILITIES ISSUE OF COMMUNICATION IS AN THE NATURE OF THE GRIEVANCE AUTHORITIES OF THE SHERIFF'S OFFICE PROCEEDING. MOREOVER; MY MUCH SO COMMUNICATION TO YOU AN WRITING IS ABOUT MY MEDICINE (IDENT-IFICATION I'M TAKING CONTINUE WITH REGARDS TO MY SHOULDER INJURE KNEE INJURE, ANKLE INJURE. [illegible] I RESPECTFULLY SUBMITT IN WRITING.

INMATE NAME: Gregory Hayes PFN: ACE-765 DATE OF BIRTH: 8/16/70

DEPUTY RECEIVING REQUEST: J. Wuchi 1726 DATE RECEIVED:

inmate services mailed 7/17/08 TIME: [illegible]

INMATE COPY

SEE BACK FOR RESPONSE

EXHIBIT. I.

JS 44 (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

**I. (a) PLAINTIFFS** WAYNE GORDON AKA DWAYNE HAYES ARE-765

**DEFENDANTS** GREGORY J. AHERN, AND D. KYES DR. MR. ORR, AND MR. VIIK.

**(b)** County of Residence of First Listed Plaintiff ALAMEDA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant ALAMEDA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
PRO'SE 5325 BRODER BLVD. DUBLIN, CA. 94568

Attorneys (If Known) N/A

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury—Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☑ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☑ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus – Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**): 42 U.S.C.A. § 1983

Brief description of cause: "WANTON DELIBERATE/MALPRACTICE HEALTH TREATMENT."

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 DEMAND $ 95,000.00 CHECK YES only if demanded in complaint: JURY DEMAND: ☑ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)** ☑ SAN FRANCISCO/OAKLAND ☐ SAN JOSE

DATE AUG. 11, 2008 SIGNATURE OF ATTORNEY OF RECORD Wayne Gordon, PRO'SE AKA Dwayne Hayes