**FILED**
AUG 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WAYNE GORDON AKA DWAYNE HAYES
          Plaintiff,

vs.

GREGORY J. AHERN and D. KYES
DR, MR. OAR and MR. VII
          Defendant.

CASE N° CV 08 3964 TEH (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, WAYNE GORDON AKA HAYES, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____  Net: _____N/A_____

Employer: _____N/A_____

1   If the answer is "no," state the date of last employment and the amount of the gross and net
2   salary and wages per month which you received. (If you are imprisoned, specify the last
3   place of employment prior to imprisonment.)
4   _I WAS 14 YEAR old, SUMMER Job. 1984._
5
6

7   2.   Have you received, within the past twelve (12) months, any money from any of the
8   following sources:
9       a.   Business, Profession or               Yes ___ No _X_
10           self employment
11      b.   Income from stocks, bonds,            Yes ___ No _X_
12           or royalties?
13      c.   Rent payments?                        Yes ___ No _X_
14      d.   Pensions, annuities, or               Yes ___ No _X_
15           life insurance payments?
16      e.   Federal or State welfare payments,    Yes ___ No _X_
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each. _N/A_
21
22
23  3.   Are you married?                          Yes _X_ No ___
24  Spouse's Full Name: _YOLONDA NUNN Gordon, "BEEN APART FOR 16 YEARS"_
25  Spouse's Place of Employment: _N/A_
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ _N/A_           Net $ _N/A_
28  4.   a.   List amount you contribute to your spouse's support:$ _N/A_

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 2 -

1    b.   List the persons other than your spouse who are dependent upon you for
2         support and indicate how much you contribute toward their support. (NOTE:
3         For minor children, list only their initials and ages. DO NOT INCLUDE
4         THEIR NAMES.).
5    _____N/A_____
6    _____
7    5.   Do you own or are you buying a home?      Yes ____ No __✓__
8    Estimated Market Value: $_____N/A_____ Amount of Mortgage: $____N/A____
9    6.   Do you own an automobile?                 Yes ____ No __✓__
10   Make ____N/A____ Year ____N/A____ Model ____N/A____
11   Is it financed? Yes _____ No _____ If so, Total due: $ ____N/A____
12   Monthly Payment: $ ____N/A____
13   7.   Do you have a bank account? Yes ____ No __✓__ (Do not include account numbers.)
14   Name(s) and address(es) of bank: ____N/A____
15   _____
16   Present balance(s): $ _____
17   Do you own any cash? Yes ____ No __✓__ Amount: $ _____
18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19   market value.)  Yes ____ No __✓__
20   _____
21   8.   What are your monthly expenses?
22   Rent: $ ____N/A____   Utilities: _____
23   Food: $ ____N/A____   Clothing: _____
24   Charge Accounts:
25   Name of Account        Monthly Payment           Total Owed on This Acct.
26   ____N/A____            $ _____                  $ _____
27   _____             $ _____                  $ _____
28   _____             $ _____                  $ _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

AUG/11/2008                    Wayne Gal  AKA  [signature]

DATE                                SIGNATURE OF APPLICANT

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of  WAYNE GORDON, AKA WAYNE HAYES for the last six months  ALAMEDA CNTY, SANTA RITA JAIL [prisoner name] where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 267.11 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 53.42 .

Dated: 8/11/2008            M. NEILL #1863
                             [Authorized officer of the institution]

- 5 -

```
JQAT.ARE765                                              08/02/08  1401    PAGE    1
                         INMATE ACCOUNT TRANSACTIONS

PFN/AJIS: ARE765    HFA: SRJ   NAME: HAYES, DWAYNE NMN        ACCT BAL:      3.81

  TRANS      ---RECEIPT---    TRANSACTION     AMOUNT       RUNNING       MSG
  DATE       HFA   NUMBER     CODE LITERAL                 BALANCE

 07/26/08    SRJ   TS-21773   CVIS CR VISI     10.00         10.00
 07/27/08    SRJ   TS-22213   CVIS CR VISI     20.00         30.00
 08/01/08    SRJ   SF-35595   DCOM DB COMM     26.19-         3.81
```

```
JQAT.ARE765                                          08/02/08  1401   PAGE   0
                         INMATE ACCOUNT TRANSACTIONS

PFN/AJIS: ARE765   HFA: SRJ   NAME: HAYES, DWAYNE NMN      ACCT BAL:     3.81

 TRANS      ---RECEIPT---     TRANSACTION     AMOUNT      RUNNING      MSG
 DATE       HFA    NUMBER     CODE LITERAL                BALANCE

05/16/08    SRJ    SF-10658   DCOM DB COMM      16.49-      40.67
05/23/08    SRJ    SF-13091   DCOM DB COMM      14.45-      26.22
05/30/08    SRJ    SF-15352   DCOM DB COMM      14.78-      11.44
06/05/08    SRJ    TS-06977   COTH CR OTHE      50.00       61.44
06/06/08    SRJ    SF-17572   DCOM DB COMM       7.27-      54.17
06/13/08    SRJ    SF-19840   DCOM DB COMM      16.53-      37.64
06/20/08    SRJ    SF-22137   DCOM DB COMM      12.53-      25.11
06/27/08    SRJ    SF-24468   DCOM DB COMM      22.45-       2.66
07/04/08    SRJ    SF-26640   DCOM DB COMM       2.51-        .15
07/08/08    SRJ    SF-28677   DMED                .15-        .00

338 PRESS PA1 FOR NEXT PAGE
```

```
JQAT.ARE765                                              08/02/08  1401    PAGE     9
                           INMATE ACCOUNT TRANSACTIONS

PFN/AJIS: ARE765    HFA: SRJ   NAME: HAYES, DWAYNE NMN        ACCT BAL:       3.81

 TRANS       ---RECEIPT---     TRANSACTION      AMOUNT        RUNNING      MSG
 DATE      HFA    NUMBER      CODE LITERAL                    BALANCE

03/07/08   SRJ   SE-86918    DCOM DB COMM       20.00-          87.11
03/14/08   SRJ   SE-89426    DCOM DB COMM       24.68-          62.43
03/21/08   SRJ   SE-92444    DCOM DB COMM       19.01-          43.42
03/28/08   SRJ   SE-94254    DCOM DB COMM       13.96-          29.46
04/04/08   SRJ   SE-96585    DCOM DB COMM       16.50-          12.96
04/11/08   SRJ   SE-98995    DCOM DB COMM        7.22-           5.74
04/11/08   SRJ   TR-90160    COTH CR OTHE      100.00          105.74
04/25/08   SRJ   SF-03657    DCOM DB COMM       17.92-          87.82
05/02/08   SRJ   SF-06025    DCOM DB COMM       14.47-          73.35
05/09/08   SRJ   SF-08355    DCOM DB COMM       16.19-          57.16

338 PRESS PA1 FOR NEXT PAGE
```