1  PLAINTIFF, WAYNE GORDON AHE-765 TEH
2  AKA, DWAYNE HAYES
3  PRO'SE.
4      5325 Broder Blvd.
5      Dublin, CA. 94568

6
7  UNITED STATES, DISTRICT COURT,
8  NORTHERN DISTRICT OF CALIFORNIA.
9
10 GREETING; CLERK'S OFFICE, UNITED STATES. DISTRICT
11 COURT FOR THE NORTHERN DISTRICT OF
12 CALIFORNIA. Today AUG. 21. 2008 APPROX 5:30 PM,
13 PLAINTIFF / PETITIONER, WAYNE GORDON. AKA. DWAYNE HAYES
14 RECEIVE A COPY THEREOF FILED COMPLAINT CASE NO.
15 CV 08 3964 TEH. FURTHERMORE; OUR INTENDED
16 COMMUNICATION HAD BEEN INTERFERE BY
17 THE DEFENDANT ALAMEDA SHERIFF, IN THE
18 LIKE MANNER. THE ENVELOPE WAS OPEN UP
19 UPON DELIVER. IN CONTRAST. TOO THEIR POLICY,
20 WHEREAS. LEGAL MAIL WILL BE OPEN IN THE PRESENCE
21 OF THE INMATE, Today AUG 21. 08 INMATE WAYNE GORDON
22 DID NOT WITNESS THE ALAMEDA SHERIFF OPEN
23 UPON UP HIS LEGAL MAIL.
24
25
26 THE IMPORTANCE OF THIS LEGAL LETTER TO THE CLERK'S
27 OFFICES THE PLAINTIFF INTENDS TO SEND THE U.S. DISTRI-
28 CT COURT NORTHERN DISTRICT OF CALIFORNIA

CV 08 3964 TEH
(PR)

[FILED AUG 27 2008, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

AMENDED COUNTS to His COMPLAINT. However, the defendant ALAMEDA SHERIFF HAS PERVIOUSLY lost LEGAL DOCUMENT OF MINES, FURTHERMORE; I study the RULES OF COURT I BELIEVE I HAVE 20 days FROM the DATE OF the ORIGINAL FILED COMPLAINT AUG 19, 2008 TO AMEND I AM WISEFULLY REQUEST to the COURT CLERK'S I BE looking FORWARD OF ANY SUGGESTIVE ON HOW TO SAFEGUARD MY LEGAL MAIL to the COURT.

I TRY RECEIVING PROOF OF SERVICE ALAMEDA SHERIFF decline to Honor that REQUEST

PLEASE HELP

Way _____ AKA

_____

AUG 22, 08

TIME:

CV 08 3964 TEH

(PR)