IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE GORDON, | No. C-08-3964 TEH (PR) |
|     Plaintiff, | |
|     v. | ORDER GRANTING DEFENDANTS' JOINT REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION |
| GREGORY J. AHERN, SHERIFF, et. al., | |
|     Defendants. | (Doc. #15) |

    Good cause appearing, Defendants' Joint Request for an Extension of Time to file their Motions for Summary Judgment is GRANTED.  Defendants shall file their motions by no later than August 14, 2009.  Absent good cause shown, no further extensions of time will be granted.

    The clerk shall terminate the motion in docket number 15.

    IT IS SO ORDERED.

DATED    07/08/09

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.08\Gordon-08-3964-eot-msj.wpd